IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:10cr32-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| CEDRIC RANDALL BOYD. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Claim in Forfeiture. [Doc. 223].

The Government moves to dismiss the claim of Debra Boyd (Claimant) concerning her interest in $1,600.00 allegedly seized from the Defendant Cedric Randall Boyd. For grounds, the Government states that it is not seeking forfeiture of any property from the Defendant in this case.[1] The Claimant has not responded to the Government's Motion.

For the reasons stated in the Government's Motion, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Motion to Dismiss [Doc.

---

[1] The Government does note that the property at issue was the subject of an administrative forfeiture by the DEA. Documents submitted by the Government indicate that the Claimant received notice of that administrative proceeding but failed to take any action. The DEA completed its administrative forfeiture of the $1,600.00 on November 3, 2010.

223] is **ALLOWED**, and Debra Boyd's claim concerning her interest in $1,600.00 allegedly seized from the Defendant is hereby **DISMISSED**.

The Clerk of Court is directed to send copies of this Order to counsel for the Government, counsel for the Defendant, and the Claimant Debra Boyd.

**IT IS SO ORDERED**.

Signed: January 17, 2011

Martin Reidinger
United States District Judge